UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jesse Knudsen, individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

Contract Caller, Inc.,

        Defendant.

Case No: 1:20-cv-02269-ENV-VMS

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 5, 2022

**CARLSON & MESSLER, LLP**

By:   /s Stephen A. Watkins
Stephen A. Watkins, Esq.
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Email: watkinss@cmtlaw.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By:   /s/ Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 119040
*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/8/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*